# Court of Appeals
# of the State of Georgia

ATLANTA, June 29, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0425.  CARL E. BUTLER v. JUDY M. BUTLER.**

Carl Butler and Judy Butler were divorced in May 2009.  The trial court entered an amended final judgment and divorce decree in June 2009.  In August of 2011, Judy Butler filed a motion for contempt, alleging that Carl Butler had failed to comply with the provisions of the decree related to the division of property.  The trial court found Carl Butler in contempt, and he filed this application for discretionary appeal to the Court of Appeals.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  See also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/29/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*